✓ #108   # 128223

UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF OHIO

FILED
2010 JAN 14 PM 2:23
CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

In re:  WEIGMAN, JOHN  
   WEIGMAN, MARTHA

Case No. 08-32773

Judge Richard L. Speer

### REPORT ON DIVIDENDS OF LESS THAN FIVE DOLLARS BY TRUSTEE

I, the undersigned trustee of the above named bankrupt, do hereby report that the following is a list of the names and addresses of the persons entitled to dividends of less than five dollars, showing the respective amounts payable to them.

| Payee | Address | Amount |
|---|---|---|
| Chase Bank USA, N.A. | P.O. Box 740933, Dallas, TX 75374 | $4.96 |

Check for $4.96 payable to the Clerk of the United States Bankruptcy Court for deposit into the registry of the Court is herewith transmitted pursuant to Bankruptcy Rule 3010.

*Ericka Parker*  
Ericka S. Parker, Trustee

Dated: 1/13/10

Cc:  
Office of the U.S. Trustee